# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELYN CASAREZ, | Case No. CV 15-03948 JGB (AFM) |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter came before the court on the Report and Recommendation of the Magistrate Judge to whom the case was referred. The Court, having accepted the Report,

IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Report.

DATED: July 29, 2016

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE